CAUSE NO. 18-CV-9090

| | | |
|---|---|---|
| BADISSE DAVID MEHMET | § | IN THE COURT OF |
| | § | |
| Plaintiff, | § | |
| VS. | § | |
| | § | |
| STEVEN GAUTIER AND 26 BINDO LLC | § | |
| Defendant. | § | UNITED STATES SISTRICT COURT SOUTHERN DISTRICT OF NEW YORK |

**AFFIDAVIT OF SERVICE**

On this day personally appeared **Jennifer McCoslin** who, being by me duly sworn, deposed and said:

"The following came to hand on **January 2, 2019,**

and was executed at **1919 Post Oak Park Dr 3101, Houston, TX 77027** within the county of **Harris** at **03:00 PM** on **Wed, Jan 02 2019**, by delivering a true copy to the within named

**CHRIS YOUNG, PROPERTY MANAGER**

in person, having first endorsed the date of delivery on same.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

My name is **Jennifer McCoslin,** my date of birth is **March 10, 1975,** and my address is **17515 Spring Cypress C130, Cypress, Tx 77429,** and **United States of America**. I declare under penalty of perjury that the foregoing is true and correct.

Executed in **Harris** County, State of **Texas**, on **January 04, 2019.**

Jennifer McCoslin
PSC #9236 exp. 12/31/2019

S.D. OF N.Y.
2019 JAN -7 PM 4:04
SDNY PRO SE O...
RECEIVED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/7/19