Job #: 34587

BADISSE DAVID MEHMET

Plaintiff(s)

RECEIVED
SDNY PRO SE OFFICE
2019 JAN 14 PM 1:10
S.D. OF N.Y.

STEVEN GAUTIER, ET AL

Defendant(s)

Index Number: 18-CV-9090 (VSB)

Date Filed:

Client's File No.:

Court Date:

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1-14-19

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK, COUNTY OF KINGS, SS.:
**DWAYNE THOMAS**, being sworn says:

Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On **11/29/2018**, at **3:58 PM** at: **29 WEST 26TH STREET, 6TH FLOOR, NEW YORK, NY 10010** Deponent served the within **ORDER OF SERVICE, SUMMONS IN A CIVIL ACTION, COMPLAINT AND DEMAND FOR JURY TRIAL, CIVIL COVER SHEET**
On: **26 BNDO LLC**, therein named.

☐ **#1 INDIVIDUAL**
By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein.

☐ **#2 SUITABLE AGE PERSON**
By delivering thereat a true copy of each to () a person of suitable age and discretion. Said premises is recipient's:[] actual place of business / employment [] dwelling house (usual place of abode) within the state.

☐ **#3 AFFIXING TO DOOR**
By affixing a true copy of each to the door of said premises which is defendants
[] actual place of business / employment  [] dwelling house (usual place of abode) within the state. Deponent was unable with due diligence to find defendant or person of suitable age and discretion thereat having visited there

☒ **Corporation or Partnership or Trust or LLC**
By delivering thereat a true copy of each to **VANESSA SMITH (PROPERTY MANAGER)** personally. Deponent knew said corporation/partnership/trust/LLC so served to be the corporation/partnership/trust/LLC described in said aforementioned document as said defendant and knew said individual to be thereof.

☒ **#5 MAILING**
On **12/03/2018**, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known [] Actual Place of Residence [X] Actual Place of Business, **29 WEST 26TH STREET, 6TH FLOOR, NEW YORK, NY 10010** and deposited the envelope in an official depository, personally or via agency, under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicate on the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant.
Certified & First Class Mail #

☒ **#6 DESCRIPTION**
Sex: Female          Color of skin: BLACK        Color of hair: BLACK      Glasses:
Age: 35 - 44 Yrs.    Height: 5' 4" - 5' 8"       Weight: 100-130 Lbs.      Other Features:

☒ **#7 MILITARY SERVICE**
I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

☐ **#8 WITNESS FEES**
Subpoena Fee Tendered in the amount of

☐ **#9 OTHER**

Sworn to before me on 12/3/2018

TAMARA TOWSHIN ALAM
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01AL6369961
Qualified in Kings County
My Commission Expires: 01/22/2022

DWAYNE THOMAS
2067476

SERVABLE LEGAL SUPPORT CO. 808 UNION STREET, SUITE 3A BROOKLYN, NY 11215 646-363-5527







# PRIORITY MAIL EXPRESS

OUR FASTEST SERVICE IN THE U.S.

PRESS FIRMLY TO SEAL

U.S. POSTAGE PAID
PME 1-Day
RALEIGH, NC
27604
JAN 09, 19
AMOUNT
$24.70
R2304M116324-10

1007
10007-1316

**UNITED STATES POSTAL SERVICE** — NATIONAL USE — PRIORITY MAIL EXPRESS

**FROM:** (PLEASE PRINT)
David Wynn
1513 Denari Ln
Raleigh NC 27616

**TO:** (PLEASE PRINT)
US District Court
Southern District of New York
500 Pearl St, Room 200
New York, NY 10007

ZIP+4: 10007

PO ZIP Code: 27616
Date Accepted: 1/7/19
Time Accepted: 1:15 PM
Scheduled Delivery Time: 10:30 AM
Flat Rate

VISIT US AT USPS.COM

EP13F July 2013  OD: 12.5 x 9.5
PS10001000006