**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

BADISSE DAVID MEHMET,

                  Plaintiff,

-against-                        18 CIVIL 9090 (VSB)

## JUDGMENT

STEVEN GAUTIER AND 26 BNDO LLC,

                  Defendants.

-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 30, 2019, Defendants' motion to dismiss the complaint for lack of subject matter jurisdiction is granted, and Plaintiff's cross-motion is denied as moot; Plaintiff did not file an amended complaint within sixty (60) days after the Opinion and Order was issued; accordingly, the case is closed.

**Dated:** New York, New York
           December 5, 2019

                                                        RUBY J. KRAJICK

                                                               Clerk of Court

                                              BY:

                                                               Deputy Clerk

                                                              THIS DOCUMENT WAS ENTERED
                                                              ON THE DOCKET ON 12/5/2019